UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> R & B FOODS, INC.; BENJAMIN D. BRIENZA, <br><br> Defendants. | CIVIL ACTION <br> No. 05-11523RWZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO EXTEND TIME TO FILE AN ANSWER

On July 28, 2005, I was served individually, and as the President of R&B Foods, Inc., with a Complaint, Civil Action No. 05-11523RWZ. I live in Florida and do not have the financial resources to retain an attorney to respond to the Complaint. I am therefore requesting that the time for me, and R&B Foods, Inc., to respond to the Complaint be extended for sixty (60) days, or until Monday, October 17, 2005. The United States Department of Labor has advised me that it has no objection to my request to extend the time to file an Answer until October 17, 2005.

Dated: August 15, 2005

Benjamin D. Brienza
1122 North Lion Cub Path
Lecanto, Florida 34461

R&B Foods, Inc.
Benjamin D. Brienza, President
1122 North Lion Cub Path
Lecanto, Florida 34461